UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Mr. Dennis Rowe
# 13649 - 014
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA 17887

Civil Complaint No. ____________

## MOTION FOR THE REQUEST SERVICE

PLAINTIFF REQUEST SERVICE OF THE COMPLAINT AND SUMMONS BY THE UNITED STATES MARSHAL SERVICE OR OTHER PERSONS OR OTHER SPECIALLY APPOINTED BY THE COURT FOR THAT PURPOSE PURSUANT TO RULE 4. (c) (1) 28 U.S.C. § 1915

Respectfully

Dennis Rowe

Mr. Dennis Rowe
# 13649 - 014
F.C.I. Allenwood
Unit # - 3
P.O. Box 2000
White Deer, PA 17887

4