**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DENNIS ROWE**

**v.** **C.A. No. 04 - 246 T**

**UNITED STATES MARSHALS SERVICE**, et al.

**ORDER**

Presently before the Court is the motion of the *pro se* plaintiff seeking to have the U.S. Marshals effect service on the named defendants. Said motion is **DENIED** without prejudice.

Plaintiff is hereby directed to attempt to serve the named defendants informally, by mailing a copy of the complaint and copies of the "waiver of service" forms to each defendant.

The named defendants in this action are the United States Marshals Service, G. Lappin, Thomas Jenkins, Cornell Companies, Inc., S.A. Yates, C/O Schoder, Louis Lun, John Ashcroft, D. Hammond, and a person identified as "Manenkoff."

IT IS SO ORDERED.

Jacob Hagopian
United States Magistrate Judge
Date: July 30, 2004

6