UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DENNIS ROWE,
Plaintiff

v. CA No. 04-246T

UNITED STATES MARSHALS SERVICE,
ET AL.,
Defendants

**ORDER OF DISMISSAL**

On June 28th, 2004 this Court issued an order directing the plaintiff to provide the Court with a certified copy of his prison trust account, on or before July 19th, 2004. The Court, having received no response from the Plaintiff to its Order, hereby dismisses the matter without prejudice for failure to comply.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: August 9 , 2004

7