IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENNIS ROWE, CIVIL ACTION

Plaintiff.

-vs-

UNITED STATES MARSHALS SERVICE, NO. 04-246-T

Defendants.

_______________________________/

**PLAINTIFF'S SUPPLEMENTAL MOTION TO PROCEED IN FORMA PAUPERIS AND PLAINTIFF'S MOTION FOR MISJOINDER TO STRIKE CERTAIN FEDERAL DEFENDANTS AS RESPONDENTS**

Plaintiff, Dennis Rowe, pro se., hereby moves this Honorable Court to supplement his request to freely proceed, in forma pauperis, and to move for misjoinder of federal defendants named in the above-captioned matter. And states the following:

1. On June 13, 2004, plaintiff filed an cause of action under 42 U.S.C. §1983 alleging Correctional officials deprived him of medical treatment while under the care and custody of the United States Marshals Service.

2. Plaintiff requested that service be effectuated by the United States Marshal of the District of Rhode Island.

8

3. On July 30, 2004, the Honorable Jacob Hagopian entered its order denying plaintiff's request to perfect service upon defendants named in his action. (Dkt. 6).

4. On June 28, 2004, this Court ordered plaintiff to provide a certified copy which contained a six month period demonstrating his prison account. (Dkt. 5).

5. On August 9, 2004, this Court entered an order of dismissal for failure of compliance with its June 28th, 2004 order sent to plaintiff (Dkt. 7).

6. Plaintiff requests, nunc pro tunc, reconsideration to vacate this Court's previous order dismissing plaintiff's request to freely proceed, in forma pauperis, based upon a government created impediment which have caused the delay in responding to the Court's June 28, 2004 order.

7. Plaintiff has utilized the prison's Administrative request procedures to seek a copy of his prison account indicating to prison staff the nature for its request, and was informed due to a disruption in the security of the prison, and natural disaster's of the constant Hurricanes Charley and Ivan, and prison disaray the prison population was totally placed on a lock-down status due to penalogical and security concerns.

that prohibited the normal flow of the prison throughout the months of July and August, 2004. (See, Plaintiff's Exhibits " 2-A and 2-B " attached).

8. Plaintiff contends he was denied access to respond by mail to the July 30 and August 9, 2004 orders based upon an government created and natural impediment.

9. Plaintiff received his copy of his inmate account balance by prison officials on September 17, 2004, after the prison resumed its normal operations. (See, Plaintiff's Exhibit "1-A" attached hereto).

10. Plaintiff seeks for misjoinder of United States Marshals Service, Harley G. Lappin, S.A. Yates, Warden, F.C.I. Allenwood, John Doe Medical Staff, F.C.I. Allenwood, John Doe, Warden, Fort Dix, Schoder, Correctional Officer, Fort Dix, John and Jane Doe Medical Staff, Allenwood F.C.I. John D. Ashcroft, United States Attorney General, D. Hammond, Acting Health Director, F.C.I. Allenwood and Manenkoff, PA, Allenwood, F.C.I. and seeks to strike as named party defendants.

11. Plaintiff seeks to prosecute in his action for deprivation of medical treatment and medical negligence Thomas Jenkins, John Doe, Warden of Donald W. Wyatt Detention Facility and Louis Lun, Donald W. Wyatt Detention Center as defendant-respondents.

12. Plaintiff moves for misjoinder of federal defendants in good faith to prosecute identifiable parties responsible for the cause of action, and to withstand a Rule 12(b)(1), 12(b)(2) or 12(b)(6) and to preclude any summary judgment where factual disputes may be resolved by the moving party. See, Fed.R.Civ.P. 56(c).

13. Plaintiff, is fully aware of his right to go forward on all claims that the defendants deprived him of medical treatment and as a result were negligent in thier official and individual capacities and respectfully request to withdraw federal defendants to bring forth his action to the the appropriate parties responsible.

14. This supplemental motion is voluntary and is made with the benefit in deciding that the above parties has no basis in suit, and to eliminate waste of limited judicial resources of this Court, and to maintain the proper parties where the facts that are presented can be determined appropriately.

WHEREFORE, petitioner respectfully requests this Honorable Court grant his supplemental motion, and allowance to prosecute his cause of action.

Respectfully submitted,
DENNIS ROWE.

Dennis Rowe

Dennis Rowe
Federal Correctional Complex-Medium.
P.O. Box 1032
Coleman, Florida. 33521
Identification No. - 13649-014

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENNIS ROWE, CIVIL ACTION

Plaintiff.

-vs-

UNITED STATES MARSHALS SERVICE, et al., NO. 04-246-T

Defendants

______________________________/

O R D E R

AND NOW, this day of , 2004, upon consideration of the Plaintiff's supplemental motion and request to proceed, in forma pauperis, and motion for misjoinder to dismiss federal defendants, it is hereby ORDERED that the within motion is GRANTED.

BY THE COURT:

______________________________
Jacob Hagopian
United States Magistrate Judge.