UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DENNIS ROWE

v. CA No. 04-246-T

UNITED STATES MARSHALS
SERVICE, et al.

**ORDER GRANTING MOTION TO VACATE**

Petitioner's motion to vacate the Judgment and Order of dismissal is hereby granted and this case is hereby re-opened.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: December 2 , 2004

11