UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**DENNIS ROWE**

**V.** **C.A. No. 04-246 T**

**UNITED STATES MARSHALS SERVICE**, et al.

**ORDER**

Plaintiff Dennis Rowe, *pro se*, filed a Complaint pursuant to Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971). Plaintiff's Complaint names as defendants the United States Marshals Service; Harley G. Lappin, Director, Federal Bureau of Prisons; Thomas Jenkins; Cornell Corrections, Inc.; John Doe, Warden, Donald Wyatt Detention Center; S.A. Yates, Warden, F.C.I. Allenwood; John and Jane Does, Medical Staff, F.C.I. Allenwood; Correctional Officer Schroder; John Doe, Warden, F.C.I. Fort Dix; Louis Lun; John Ashcroft, Attorney General of the United States; John Doe, Correctional Officer, Wyatt Detention Center; D. Hammond; and Physician's Assistant Manenkoff, F.C.I. Allenwood. This matter is before the Court on two motions of the *pro se* plaintiff.

1. First, plaintiff seeks to proceed in this manner *in forma pauperis*, pursuant to 28 U.S.C. § 1915. After a review of the plaintiff's trust account statement and his affidavit filed in conjunction with the motion, plaintiff's motion to proceed *in forma pauperis* is **GRANTED**.

However, Plaintiff shall be assessed an initial partial filing fee of $25.00. The Federal Correctional Institution is hereby Ordered to forward the initial payment on Rowe's behalf. Provided Rowe's prison trust account balance equals or exceeds the initial fees assessed, the initial fee shall



12

be forwarded to the clerk of this court within twenty days of this order. If Rowe lacks sufficient funds to pay the fee, the initial payment shall be forwarded by the Federal Correctional Institution as soon as the balance in Rowe's prison trust account equals or exceeds $25.00. Furthermore, the Federal Correctional Institution shall forward to the clerk of this court subsequent monthly payments of 20 percent of the plaintiff's preceding month's income each time Rowe's account balance exceeds $10.00. See i.e. 28 U.S.C. § 1915(b)(2). Such fees shall be forwarded until the $150.00 is paid in full. See id.

2. Second, plaintiff filed a motion with the Court to strike, or voluntarily dismiss, certain defendants from this action. Plaintiff seeks to remove from this lawsuit defendants United States Marshals Service, Harley G. Lappin, S.A. Yates, Warden, F.C.I. Allenwood, John and Jane Does, Medical Staff, F.C.I. Allenwood; John Doe, Warden, F.C.I. Fort Dix; Correctional Officer Schroder; John Ashcroft, Attorney General of the United States, D. Hammond, and Physician's Assistant Manenkoff. Plaintiff's motion to voluntarily dismiss these defendants from this case, pursuant to Fed.R.Civ.P. 41 (a), is **GRANTED**.

The only remaining defendants in this case are: Cornell Corrections, Inc.; Thomas Jenkins; John Doe, Warden, Donald Wyatt Detention Center; John Doe, Correctional Officer, Wyatt Detention Center; and Louis Lun.

3. Finally, plaintiff is hereby **ORDERED** to effect service on the remaining named defendants pursuant to Fed.R.Civ.P. 4.

IT IS SO ORDERED.

Jacob Hagopian
United States Magistrate Judge
Date: 13 Dec 04