UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENNIS ROWE

v.                                                                                           C.A. No. 04-246 T

U.S. MARSHALS SERVICE, CORNELL
COMPANIES, INC, WARDEN JOHN DOE,
THOMAS JENKINS, and LOUIS LUN

## ORDER TO SHOW CAUSE

Plaintiff Dennis Rowe, *pro se*, filed this action on June 21, 2004 naming numerous defendants. On June 13, 2005, plaintiff filed an Amended Complaint, wherein he removed some defendants, but retained others. Plaintiff, however, has not effected service on any named defendant.

Accordingly, plaintiff is hereby **ORDERED TO SHOW CAUSE,** in writing, within ten days, why this complaint should not be dismissed for a failure to serve the defendants. See Fed.R.Civ.P. 4(m).

**IT IS SO ORDERED.**

_____
Jacob Hagopian
Senior United States Magistrate Judge
September 6 , 2005