UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENNIS ROWE,
Plaintiff,

vs. CASE NO.: 04-246T

UNITED STATES MARSHALS
SERVICE,ET.AL.,
Defendants. /

## REQUEST FOR ENTRY OF DEFAULT

To: Clerk of Court for the District of Rhode Island

You will please enter the Default of Defendants Cornell Companies,Inc., Louis Lun, Thomas jenkins, John Doe(s) Correctional Officers and John Doe Warden for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the Affidavit of Dennis Rowe.

Date: 30Th August, 2005.

Dennis Rowe

Dennis Rowe, Pro Se
Reg. No. 13649-014
Federal Correctional Complex-Medium
P.O. Box 1032
Coleman, Florida 33521

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was furnsihed via U.S. Mail to:

1. Cornell Companies,Inc.
   C/O Corporate Counsel
   3400 Chase Tower
   600 Travis
   Houston, Texas 77002

2. Louis Lun
   Donald W. Wyatt Detention Center
   950 High Street
   Central Falls, Rhode Island 02863

3. Thomas Jenkins
   Cornell Companies,Inc.
   1700 West Loops South, Ste. 1500
   Houston, Texas 77027

4. John Doe(s) Correctional Officers
   Donald W. Wyatt Detention Center
   950 High Street
   Central Falls, Rhode Island 02863

5. John Doe Warden
   Donald W. Wyatt Detention Center
   950 High Street
   Central falls, Rhode Island 02863

on this 30th day of August, 2005.

Respectfully Submitted,

Dennis Rowe

Dennis Rowe, Pro Se
Reg. No. 13649-014
Federal Correctional Complex-Medium
P.O. Box 1032
Coleman, Florida 33521