UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENNIS ROWE,
Plaintiff,

vs. C.A. NO.: 04-246T

UNITED STATES MARSHALS
SERVICE,ET.AL.,
Defendant.
_______________________________/

AFFIDAVIT FOR ENTRY OF DEFAULT

**STATE OF FLORIDA)**
)ss.
**COUNTY OF SUMTER)**

Plaintiff, DENNIS ROWE, Pro se being duly sworn, deposes and says:

1.I am a Pro se Plaintiff in the above entitled matter.

2. The Defendants Cornell Companies,Inc., Loius Lun, Thomas Jenkins, John Doe(s) Correctional Officers and John Doe Warden was served a copy of the Complaint and Summons with Notice of Law Suit and Request For Waiver of Summons and Waiver of service Forms by Certified Mail of February 7, 2005 and on July 27, 2005 as appears from the attached Exhibits A &B: Certified Mail Receipt and Return Receipt For Merchandise Form"

which is in the Record as proof of service filed by Plaintiff on June 6, 2005 Letter to the Clerk of Court.

3. The Defendants Cornell Companies,Inc., Louis Lun, Thomas Jenkins, John Doe(s) Correctional Officers and John Doe Warden has not filed or served an answer or taken other action as may be permitted by law although more than (6) Six Months have passed since the first Date of Service on February 7, 2005 and more than 35 Days has passed since the second Date of Service on July 27, 2005.

Dennis Rowe

Dennis Rowe, Pro Se
Reg. No. 13649-014
Federal Correctional Complex-Medium
P.O. Box 1032
Coleman, Florida 33521

**SWORN TO before me this**

30th **Day of** August, **2005.**

**Notary Public**

John A. Wilson, Jr.
Commission #DD254061
Expires: Sep 28, 2007
Bonded Thru
Atlantic Bonding Co., Inc.

**My Commission Expires:**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was furnsihed via U.S. Mail to:

1. Cornell Companies,Inc.
   C/O Corporate Counsel
   3400 Chase Tower
   600 Travis
   Houston, Texas 77002

2. Louis Lun
   Donald W. Wyatt Detention Center
   950 High Street
   Central Falls, Rhode Island 02863

3. Thomas Jenkins
   Cornell Companies,Inc.
   1700 West Loops South,
   Ste. 1500
   Houston, Texas 77027

4. John Doe(s) Correctional Officers
   Donald W. Wyatt Detention Center
   950 High Street
   Central Falls, Rhode Island 02863

5. John Doe Warden
   Donald W. Wyatt Detention Center
   950 High Street
   Central falls, Rhode Island 02863

on this 30th day of AUGUST, 2005.

Respectfully Submitted,

Dennis Rowe

Dennis Rowe, Pro Se
Reg. No. 13649-014
Federal Correctional Complex-Medium
P.O.Box 1032
Coleman, Florida 33521

7004 2510 0001 3371 3601

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE
Dennis Rowe #13649-014 (B-4)

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.36 |

2005 FEB 28 A 7:29

Postmark Here

Sent To John Doe, Warden, Donald W. Dent.
Street, Apt. No.; or PO Box No. 950 High Street
City, State, ZIP+4 Central Falls, Rhode Island 02863

PS Form 3800, June 2002 See Reverse for Instructions

7004 2510 0001 3371 6145

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE
Dennis Rowe #13649-014 (B-4)

| | |
|---|---|
| Postage | $0. 85¢ |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ ~~3.37~~ 3.36 |

2005 FEB 28 A 7:33

Postmark Here

Sent To Alberto Gonzales U.S. Attorney
Street, Apt. No.; or PO Box No. 10th & Constitution Ave
City, State, ZIP+4 Washington D.C. 20001

PS Form 3800, June 2002 See Reverse for Instructions

7004 2510 0001 3371 3595

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE
Dennis Rowe #13649-014

| | |
|---|---|
| Postage | $1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.36 |

Postmark Here

Sent To Thomas Jenkins, Press., COO
Cornell Companies
Street, Apt. No.; or PO Box No. 1700 West Loop South, Suite 1500
City, State, ZIP+4 Houston, TX 77027

PS Form 3800, June 2002 See Reverse for Instructions

7004 2510 0001 3371 3618

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE
Mr. Dennis Rowe #13649-014 (B-4)

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.36 |

2005 FEB 28 A 7:33

Postmark Here

Sent To Cornell Companies, Inc
Street, Apt. No.; or PO Box No. 600 Travis (3400 Chase Tower)
City, State, ZIP+4 Houston, TX 77002

PS Form 3800, June 2002 See Reverse for Instructions

7004 2510 0001 3371 3625

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE
Dennis Rowe #13649-014 (B-4)

| | |
|---|---|
| Postage | $1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.36 |

2005 FEB 28 A 7:33

Postmark Here

Sent To Louis Lun, Donald W. Wyatt Dent.
Street, Apt. No.; or PO Box No. 950 High Street
City, State, ZIP+4 Central Falls, Rhode Island 02863

PS Form 3800, June 2002 See Reverse for Instructions

Exhibit A

7004 0750 0003 9252 6181

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Dennis Rowe, #13649-014, Unit B-4

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here: 2005 JUL 2 A 7:35

Sent To: Louis Lun, Donald W. Wyatt Det. Ctr.
Street, Apt. No.; or PO Box No.: 950 High Street
City, State, ZIP+4: Central Falls, Rhode Island

PS Form 3800, June 2002 — See Reverse for Instructions

7004 0750 0003 9252 6167

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Dennis Rowe, #13649-014, Unit B-4

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here: 2005 JUL 23 A 7:32

Sent To: Thomas Jenkin, Cornell Companies
Street, Apt. No.; or PO Box No.: 1700 West Loop South, Ste. 1500
City, State, ZIP+4: Houston, Texas 77027

PS Form 3800, June 2002 — See Reverse for Instructions

7004 0750 0003 9252 6174

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Dennis Rowe, #13649-014, Unit B-E

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here: 2005 JUL 23 A 7:33

Sent To: John Doe(s) Corr. Offr. Donald W. Wyatt
Street, Apt. No.; or PO Box No.: 950 High Street
City, State, ZIP+4: Central Falls, Rhode Island 02863

PS Form 3800, June 2002 — See Reverse for Instructions

7004 0750 0003 9252 6204

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Dennis Rowe, #13649-014, Unit B-E

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here: 2005 JUL 23 A 7:33

Sent To: Cornell Companies, Inc. C/O Corp. Cnsl
Street, Apt. No.; or PO Box No.: 3400 Chase Tower, 600 Travis
City, State, ZIP+4: Houston, Texas 77002 USA

PS Form 3800, June 2002 — See Reverse for Instructions

7004 0750 0003 9252 6198

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Dennis Rowe, #13649-014, Unit B-E

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here: 2005 JUL 25 A 7:31

Sent To: John Doe, Warden, Donald W. Wyatt Det.
Street, Apt. No.; or PO Box No.: 950 High Street
City, State, ZIP+4: Central Falls, Rhode Island 02863

PS Form 3800, June 2002 — See Reverse for Instructions

Exhibit B Pg. 1 of 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Louis Lun
Donald W. Wyatt Detention Fcty.
950 High Street
Central Falls, Rhode Island
02863

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery 7/25/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

JUL 2 8 2005

3. Service Type
☒ Certified Mail ☐ Express Mail
☒ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7004 0750 0003 9252 6181

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JOHN DOE, WARDEN OF DONALD
W. WYATT DETENTION FACILITY
950 HIGH STREET
CENTRAL FALLS, RHODE ISLAND
02863

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery 7/25/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

2005

3. Service Type
☒ Certified Mail ☐ Express Mail
☒ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7004 0750 0003 9252 6198

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

Pg. 2 of 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas Jenkins
Cornell Companies
1700 West Loop South
Suite 1500
Houston, Texas 77027

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) [signature] C. Date of Delivery 7/28/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☒ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7004 0750 003 9252 6167

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Doe(s) Correctional
Officer of Donald W. Wyatt
Detention Center
950 High Street
Central Falls, Rhode Island
02863

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery 7/28/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

2005

3. Service Type
☒ Certified Mail ☐ Express Mail
☒ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7004 0750 0003 9252 6174

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-154

UNITED STATES POSTAL SERVICE

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 0750 0003 9252 6204**
Status: **Delivered**

Your item was delivered at 12:07 pm on July 28, 2005 in HOUSTON, TX 77002.

Enter Label/Receipt Number.

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. Go >