UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENNIS ROWE,
Plaintiff,

vs. C.A. NO.: 04-246T

UNITED STATES MARSHALS
SERVICE,ET. AL.,
Defendants. /

AFFIDAVIT AS TO MILITARY SERVICE

**STATE OF FLORIDA)**
**)ss.**
**COUNTY OF SUMTER)**

Dennis Rowe, Pro Se being duly sworn, deposes and says:

1. I am the pro Se Plaintiff in the above entitled matter. I make this affidavit pursuant to the requirements of the Soldiers' and Sailors' Civil Relief Act, 50 U.S.C., Appendix, § 520.

2. The Defendants Cornell Companies,Inc. Louis Lun, Thomas Jenkins, John Doe(s) and John doe warden has worked at Donald W. Wyatt Detention Center since Plaintiff was first incarcerated in August 2001.

3. Based on the fact, the Plaintiff is convinced that Defendants Cornell Companies,Inc. Louis Lun, Thomas Jenkins,

John Doe(s) Correctional Officers and John Doe Warden is not in the military service of the United States.

Dennis Rowe
Dennis Rowe, Pro Se
Reg. No. 13649-0014
Federal Correctional Complex-Medium
P.O. Box 1032
Coleman, Florida 33521

**SWORN TO before me this**

30 **day of** August, **2005.**

**Notary Public**

John A. Wilson, Jr.
Commission #DD254061
Expires: Sep 28, 2007
Bonded Thru
Atlantic Bonding Co., Inc.

**My Commission Expires:**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was furnsihed via U.S. Mail to:

1. Cornell Companies, Inc.
   C/O Corporate Counsel
   3400 Chase Tower
   600 Travis
   Houston, Texas 77002

2. Louis Lun
   Donald W. Wyatt Detention Center
   950 High Street
   Central Falls, Rhode Island 02863

3. Thomas Jenkins
   Cornell Companies, Inc.
   1700 West Loops South, Ste. 1500
   Houston, Texas 77027

4. John Doe(s) Correctional Officers
   Donald W. Wyatt Detention Center
   950 High Street
   Central Falls, Rhode Island 02863

5. John Doe Warden
   Donald W. Wyatt Detention Center
   950 High Street
   Central falls, Rhode Island 02863

on this 30th day of August, 2005.

Respectfully Submitted,

Dennis Rowe

Dennis Rowe, Pro Se
Reg. No. 13649-014
Federal Correctional Complex-Medium
P.O. Box 1032
Coleman, Florida 33521