UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENNIS ROWE,
Plaintiff,

vs. C.A. NO. 04-246T

U.S MARSHALS SERVICE, CORNELL COMPANIES,INC., WARDEN JOHN DOE, THOMAS JENKINS, and LOUIS LUN,
Defendants. /

PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

COMES NOW, Plaintiff, Dennis Rowe, Plaintiff, Pro Se pursuant to the Court's September 6, 2005 Order to Show Cause files the above captioned Motion, and states the following in Support:

1. On December 3, 2004 the above style cause was reopened. (Doc. 11).

2. On December 13, 2005 this Honorable Court Granted Plaintiff's Motion For misjoinder to Strike Certain Federal Defendants as Respondents. (Doc. 12) this Honorable Court specifically stated "Plaintiff seeks to remove from this lawsuit Defendant United States Marshals Service, Harly G. Lappin, S.A. Yates, Warden, FCI Allenwood, John and Jane Does, Medical

Staff, FCI Allenwood; John Doe, warden, FCI Fort Dix; Correctional Officer Schroder; John Ashcroft, Attorney General of the United States, d. Hammond, and Physician's Assistant Manenkoff. Plaintiff's Motion To Voluntarily Dismiss these Defendants from this case, pursuant to Fed.R.Civ.P 41(a) is **GRANTED.**

The only remaining defendants in this case are: Cornell Corrections,Inc.; Thomas Jenkins; John Doe, Warden, Donald Wyatt Detention Center; John Doe, Correctional Officer, Wyatt Detention Center; and Loius Lun.

3. Finally Plaintiff is hereby **ORDERED** to effect Service on the remaining named defendants pursuant to Fed.R.Civ.P. 4."

3. Plaintiff hereby states that on February 28, 2005 Plaintiff served the Complaint and Court Clerk Stamped Summons, "Notice of Lawsuit and Request For Waiver of Summons" and "Waiver of service of Summons" Forms by Certified Mail upon Defendant Cornell Corrections Companies,Inc. , Certified Mail # 7004 2510 0001 3371 3618; Defendant John Doe, Warden, Donald Wyatt Detention Center, Certified mail # 7004 2510 0001 3371 3601; Defendant Thomas Jenkins, COO, Cornell Companies, Certified Mail # 7004 2510 0001 3371 3595; Defendant Loius Lun, Donald Wyatt Detetntion Center, Certified Mail # 7004 2510 0001 3371 3625 and none of the Defendants responded. See Exhibit A, However, the Court Records only reflect "Request For Waiver of Service of summons" sent to Defendants Thomas Jenkins, Loius

Lun, and donald Wyatt Detention Center on February 28, 2005. See(Docs. 15, 16 and 17).

4. Plaintiff hereby states that Plaintiff served the Defendants twice, the second time on July 23, 2005 by Certified Mail with Return Receipt For Merchadise received upon Defendant Louis Lun, Donald W. Wyatt Detention Center, Certified Mail # 7004 0750 0003 9252 6181; Defendant Thomas Jenkins, Certified Mail # 7004 0750 0003 0252 6167; Defendant John Doe(s) Correctional Officers, donald Wyatt Detention Center, Certified Mail # 7004 -750 0003 9252 6174; Defendant Cornell Companies,Inc., Certified Mail # 7004 0750 0003 9252 6204; and defendant John Doe, Warden, Donald Wyatt Detention Center, Certified Mail # 7004 0750 0003 9252 6198 and each Defendant received the Complaint, Summons, "Notice of Lawsuit and Request For Waiver of Service of Summons" and Waiver of Service of Summons". <u>See Exhibit B</u>.

5. Plaintiff hereby states that the defendants failed to respond, therefore on August 30, 2005 Plaintiff filed a Motion of Request For Entry of Default, Affidavit For Entry of Default and Affidavit As To Military Service which is pending at this time.

6. Plaintiff hereby states that the defendants were timely served on February 28, 2005 pursuant to Rule 4(m) Fed.R.Civ.P. 120-day Deadline to Effect Process of service. And Served the Defendants again on July 23, 2003 all by Certified Mail which

is verified by the U.S. Postal Service records.

WHEREFORE, Plaintiff humbly request this Honorable Court to find that Plaintiff has timely completed and effected Process of Service of Complaint and Summons upon Defendants, and allow Plaintiff's Litigation to proceed forward accordingly and to Order the Clerk of Court to Enter Plaintiff's Request For Entry of Default against all of the Defendants.

Respectfully Submitted,

Dennis Rowe

Dennis Rowe, Pro Se
Reg. No. 13649-014

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was furnsihed via U.S. Mail to:

1. Cornell Companies,Inc.
   C/O Corporate Counsel
   3400 Chase Tower
   600 Travis
   Houston, Texas 77002

2. Louis Lun
   Donald W. Wyatt Detention Center
   950 High Street
   Central Falls, Rhode Island 02863

3. Thomas Jenkins
   Cornell Companies,Inc.
   1700 West Loops South,
   Ste. 1500
   Houston, Texas 77027

4. John Doe(s) Correctional Officers
   Donald W. Wyatt Detention Center
   950 High Street
   Central Falls, Rhode Island 02863

5. John Doe Warden
   Donald W. Wyatt Detention Center
   950 High Street
   Central falls, Rhode Island 02863

on this 10th day of September, 2005.

Respectfully Submitted,

Dennis Rowe

Dennis Rowe, Pro Se
Reg. No. 13649-014

7004 2510 0001 3371 3601

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE — Dennis Rowe #13649-014 (B-E)

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.36 |

Postmark Here — 2005 FEB 28 A 7 29

Sent To John Doe, Warden, Donald W. Dent.
Street, Apt. No.; or PO Box No. 950 High Street
City, State, ZIP+4 Central Falls, Rhode Island 02863

PS Form 3800, June 2002 — See Reverse for Instructions

7004 2510 0001 3371 6145

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE — Dennis Rowe #13649-014 (B-4)

| | |
|---|---|
| Postage | $0. 85¢ |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ ~~3.27~~ 3.36 |

Postmark Here — 2005 FEB 28 A 7 33

Sent To Alberto Gonzales U.S. Attorney
Street, Apt. No.; or PO Box No. 10th & Constitution Ave
City, State, ZIP+4 Washington D.C. 20001

PS Form 3800, June 2002 — See Reverse for Instructions

7004 2510 0001 3371 3595

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE — Dennis Rowe #13649-014

| | |
|---|---|
| Postage | $1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.36 |

Postmark Here

Sent To Thomas Jenkins, Press., COO
Cornell Companies
Street, Apt. No.; or PO Box No. 1700 West Loop South, Suite 1500
City, State, ZIP+4 Houston, TX 77027

PS Form 3800, June 2002 — See Reverse for Instructions

7004 2510 0001 3371 3618

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE — Mr. Dennis Rowe #13649-014 (B-4)

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.36 |

Postmark Here — 2005 FEB 28 A 7 33

Sent To Cornell Companies, Inc
Street, Apt. No.; or PO Box No. 600 Travis (3400 Chase Tower)
City, State, ZIP+4 Houston, TX 77002

PS Form 3800, June 2002 — See Reverse for Instructions

7004 2510 0001 3371 3625

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE — Dennis Rowe #13649-014 (B-4)

| | |
|---|---|
| Postage | $1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.36 |

Postmark Here — 2005 FEB 28 A 7 33

Sent To Louis Lun, Donald W. Wyatt Dent.
Street, Apt. No.; or PO Box No. 950 High Street
City, State, ZIP+4 Central Falls, Rhode Island 02863

PS Form 3800, June 2002 — See Reverse for Instructions

Exhibit A

7004 0750 0003 9252 6181

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Dennis Rowe, #C13649-014, Unit B-E

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here: 2005 JUL 22 A 7:35

Sent To: Louis Lun, Donald W. Wyatt Det. Ctr.
Street, Apt. No.; or PO Box No.: 950 High Street
City, State, ZIP+4: Central Falls, Rhode Island

PS Form 3800, June 2002 — See Reverse for Instructions

7004 0750 0003 9252 6167

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Dennis Rowe, #C13649-014, Unit B-E

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here: 2005 JUL 23 A 7:32

Sent To: Thomas Jenkin, Cornell Companies
Street, Apt. No.; or PO Box No.: 1700 West Loop South, Ste. 1500
City, State, ZIP+4: Houston, Texas 77027

PS Form 3800, June 2002 — See Reverse for Instructions

7004 0750 0003 9252 6174

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Dennis Rowe, #C13649-014, Unit B-E

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here: 2005 JUL 23 A 7:33

Sent To: John Doe(s) Corr. Offr. Donald W. Wyatt
Street, Apt. No.; or PO Box No.: 950 High Street
City, State, ZIP+4: Central Falls, Rhode Island 02863

PS Form 3800, June 2002 — See Reverse for Instructions

7004 0750 0003 9252 6204

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Dennis Rowe, #C13649-014, Unit B-E

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here: 2005 JUL 23 A 7:33

Sent To: Cornell Companies, Inc. C/O Corp. Cnsl
Street, Apt. No.; or PO Box No.: 3400 Chase Tower, 600 Travis
City, State, ZIP+4: Houston, Texas 77002 USA

PS Form 3800, June 2002 — See Reverse for Instructions

7004 0750 0003 9252 6198

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Dennis Rowe, #C13649-014, Unit B-E

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here: 2005 JUL 25 A 7:31

Sent To: John Doe, Warden, Donald W. Wyatt Det.
Street, Apt. No.; or PO Box No.: 950 High Street
City, State, ZIP+4: Central Falls, Rhode Island 02863

PS Form 3800, June 2002 — See Reverse for Instructions

Exhibit B Pg. 1 of 3

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

ouis Lun
onald W. Wyatt Detention Fcty.
50 High Street
entral Falls, Rhode Island
2863

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) | C. Date of Delivery 7/25/05
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

JUL 28 2005

3. Service Type
☒ Certified Mail ☐ Express Mail
☒ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Transfer from service label) 7004 0750 0003 9252 6181

Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

JOHN DOE, WARDEN OF DONALD W. WYATT DETENTION FACILITY
950 HIGH STREET
CENTRAL FALLS, RHODE ISLAND
02863

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) | C. Date of Delivery 7/25/05
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☒ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Transfer from service label) 7004 0750 0003 9252 6198

Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

Pg. 2 of 3

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

homas Jenkins
ornell Companies
700 West Loop South
uite 1500
ouston, Texas 77027

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) | C. Date of Delivery 7/28/05
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☒ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

rticle Number (Transfer from service label) 7004 0750 003 9252 6167

orm 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Doe(s) Correctional
Officer of Donald W. Wyatt
Detention Center
950 High Street
Central Falls, Rhode Island
02863

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addres
B. Received by (Printed Name) | C. Date of Deli 7/25/0
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

2005

3. Service Type
☒ Certified Mail ☐ Express Mail
☒ Registered ☒ Return Receipt for Merchand
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 0750 0003 9252 6174

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1

UNITED STATES POSTAL SERVICE

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 0750 0003 9252 6204**
Status: **Delivered**

Your item was delivered at 12:07 pm on July 28, 2005 in HOUSTON, TX 77002.

Enter Label/Receipt Number.

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go

Pg. 3 of 3