UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENNIS ROWE,
Plaintiff

VS. C. A. No. 04-246 T

UNITED STATES MARSHALS
SERVICE, et al,
Defendants

**CORNELL COMPANIES, INC.'S OBJECTION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

Defendant, Cornell Companies, Inc. ("Cornell"), through its undersigned counsel by special appearance, reserving all defenses and objections to plaintiff's action, including but not limited to lack of service of process, improper process and/or lack of personal jurisdiction, hereby objects to the plaintiff's request for entry of default. As grounds, Cornell relies upon and incorporates by reference a supporting memorandum of law to be filed.

WHEREFORE, the plaintiff's request for entry of default should be denied.

CORNELL COMPANIES, INC.
By its Attorneys,

Dennis T. Grieco II #5037
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (FAX)

TO: Dennis Rowe, #13649-014
Federal Correctional Complex - Medium
P.O. Box 1032
Coleman, FL 33521

I hereby certify that on the 23rd day of September, 2005, I mailed a true copy of the within to plaintiff, *pro se* at the above address.

[signature]