UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENNIS ROWE,
Plaintiff,

vs. C.A. No. 04-246T

UNITED STATES MARSHALS
SERVICE,ET AL.,
Defendants. /

PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT CORNELL COMPANIES, INC'S MOTION TO DISMISS

STATEMENT OF THE CASE

This is a § 1983 action filed by a Prisoner at Federal Correctional Complex-Medium seeking damages, and other appropriate relief for the cruel and unusual treatment by "deliberate indifference" he received at the Donald W. Wyatt Facility located in Central Falls, Rhode Island, for being exposed to high levels of crabon monoxide gases while working in the Donald W. Wyatt facility's kitchen, and thereafter being improperly treated and continueing to suffer physical, mental and emotional injuries to this present. On February 28, 2005 and July 23, 2005 Plaintiff properly, served Defendants Cornell Companies,Inc., Thomas Jenkins, Cornell's cheif Operating Officer, Louis Lun, Culinary Supervisor at Donald w. wyatt Detention Center, and other Defendants with the Amended Complaint, Summons, Waiver of Service Form, and notice of Law Suit and Request For Waiver of

Service Forms by U.S. Certified Mail. Defendants failed to answer. Therefore Plaintiff filed a Motion and Affidavit For Entry of default Judgment against Defendants. Defendant Cornell Companies,Inc. have filed an Objection, Motion to Dismiss/Motion For Summary Judgment with Affidavits and Documentary Evidence material that are outside the record and should be considered a Motion For Summary Judgment by the Court, which Defendants Cornell Companies,Inc. argues that Cornell Companies,Inc., Louis Lun, Thomas Jenkins, John Doe Warden,and John Doe Correctional Officers has not been properly served pursuant to Rule 4, Fed.R.Civ.P..

STATEMENT OF FACTS

The Plaintiff's declaration submitted in response to the Defendant cornell companies,Inc. Motion to Dismiss/Objection/ Motion For Summary Judgment that on February 28, 2005 and July 23, 2005 that Plaintiff served Defendant Cornel Companies,Inc., Thomas Jenkins, Chief Operating Officer, Luis Louis Lun, Culinary Supervisor, John Doe Warden and John Doe Correctional Officer and other Defendants with the Amended Complaint, Summons, Waiver of Service Form, and Notice of Law Suit and Request For Waiver of Service Form by Certifed Mail in Complinace with Rule 4, Federal Rules of Civil Procedure. See Exhibits A and B attached and Docs. 15, 16, 17.

The Defendant Cornell Companies,Inc.'s Objection/Motion To Dismiss/Motion For summary Judgment with incorporated Aff- idavit of Patrick Perrin, Chief Administrative Officer, Senior

Vice-President, Corporate Secretary tell a different story. They claim that Plainff served Defendants Thomas Jenkins, Chief operating Officer with the Amended Complaint, Request For Waiver Of Service Form, but did not provide a Summons, therefore service upon Defendant Cornell Companies,Inc. is deficient; that Plaintiff served Defendant Loius Lun, Culinary Supervisor at Donald W. Wyatt detention Center where the incident in question occurred is improper because it was Defendant Loius Lun's Employment address, and they dont know who Loius Lun is.

## ARGUMENT

### POINT I

THERE ARE GENUINE ISSUES OF MATERIAL FACT THAT PRECLUDE SUMMARY JUDGMENT FOR THE DEFENDANT CORNELL COMPANIES,INC ON PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT

Summary Judgment is to be granted only if the record before the Court shows "That there is no genuine issue as to any material fact and that the moving party is entitled to a Judgment as a matter of law." Rule 56(c) Fed.R.Civ.P.. A "material" fact is one that "might affect the outcome of the suit under the governing law." Anderson v. Liberty Lobby,Inc., 477 U.S. 242, 248 (1986).

The Affidavit of Plaintiff requesting entry of Default Judgment and Declaration in Support of brief in Opposition To Defendant Cornell Companies,Inc.'s Objection/Motion To Dismiss/Motion For summary Judgment are squarely contradictary as to Plaintiff's Service of summons and Complaint. The alle-

gations in the Plaintiff's Request For Entry of Default Judgment and Declaration portray that Plaibtiff properly served Defendant Cornell Companies,Inc. and its Agent Defendant Thomas Jenkins, Chief Operating Officer and Loius Lun, Culinary Supervisor and John Doe Warden and John Doe Correctional Officers on February 28, 2005 and July 23, 2005 with the Amended Complaint,Summons, Request For Waiver of Service, and Notice of Law Suit and request For Waiver of service Form by U.S. Certified Mail in Compliance with rule 4, Fed.R.Civ. P.. See Exhibits A & B attached and Docs. 15, 16, 17.

The factual dispute is material. if a Defendant submits material outside the complaint such as affidavits or documentary Exhibits, the Court must either ignore them or convert the motion into a motion for summary judgment. Rule 12(b), Fed.R.Civ.P.; Miller v. Glanz, 948 F.2d 1562, 1565 (10th Cir. 1991); Chandler v. Coughlin, 763 F.2d 110, 113 (2nd Cir. 1985).

In the instant Case the Affidavit of Patrick Perrin, Senior Vice-Presidnet, Chief Administrative Officer and Corporate Secretary of cornell attached to Defendant Cornell Companies,Inc.'s Motion to Dismiss is an affidavit and documentary exhibit material outside the Complaint which the Court must either ignore or convert into a motion for summary judgment.

In either case, Plaintiff states that Plaintiff served Defendants Cornel Companies,Inc., Louis Lun, Thomas Jenkins, Jogn Doe Warden and John Doe Correctional Officers with the

Amended Complaint, Summons, Waiver of Service Forms and Notice of Law Suit and Request For Waiver of Service Forms by U.S. Certified Mail on February 28, 2005 and July 23, 2005 in Compliance with Rule 4(a), (b), (c)(1), d(2)(B), (e) and (h)(1), Fed.R.Civ.P., which states (d)(2): "An individual, Corporation, or association that is subject to service under subdivision (e), (f), or (h) and that receives notice of an action in the maner provided in this paragraph has a duty yo avoid unnecessary costs of serving the summons, to avoid costs, the Plaintiff may notify such a defendant of the commencement of an action and request that the defendant waive serve of a summons. The notice and request

(B) Shall be dispatched through first-class mail or other reliable means.

In the instant case, the Amended Complaint, Summons, Waiver of service Form, and Notice of Lawsuit and Request For Waiver of service Forms were sent to each defendant by U.S. Certified Mail on February 28, 2005 and July 23, 2005. See Exhibit A & B attached, Affidavit For Entry of Default Judgment, and Docs. 15, 16, 17.

Therefore the following Grounds of Defendant Cornell Com-Panies,Inc.'s Objection/Motion To Dismiss/Motion For Summary Judgment:

A) Plaintiff's serving of summons and Amended Complaint and Waiver of service Form on Cornell Coporate Counsel, Locke

Liddell & Sapp LLP, was and is not Cornell's registered agent and was not otherwise authorized to accept service of process on behalf of Cornell. (Exhibit a, Affidavit of Patrick Perrin ¶4.) (Documentray Exhibit and affidavit which is materila outside of the complaint).

B) Thomas Jenkins was Cornell's Chief Operating Officer until March 31, 2005 but is no longer with the Company. (Exhibit A, Affidavir of Patrick Perrin ¶ 5.) (Documentary Exhibit & Affidavit material outside of the complaint).

C) Defendant Cornell was not and is not authorized to accept service pf process on behalf of thomas Jenkins Id. at ¶ 7. The mailing sent to defndant Thomas Jenkins at Cornell Companies,Inc. 1700 West Loop South, Suite 1500, Houston, Texas and on February 28, 2005 contained only a letter requesting that service be waived, a civil action cover sheet, and amended complaint, and a waiver of service form, but did not contain a summons. (Exhibit A, Affidavit of patrick Perrin ¶ 8; Exhibit A-1). (Documentary Exhibit and Affidavit material outside of the Complaint).

D) The Certified mail receipt indicating service of process on named Defendant Loius Lun was mailed to Donald W. Wyatt Detention Center ("DWDC") at 950 High Street, Central Falls, Rhode Island. Loius Lun is an unknown entity was not detained, employed or otherwise associated with DWDC. (Exhibit A, Affidavit of Patrick Perrin ¶ 10). (Documentary Evhibit and affidavir material outside of the complaint).

E) The Certified Mail Receipt indicate that Plaintiff mailed process to the two unidentified Defendants John Doe Warden and John Doe Correctional Officer at DWDC at 950 High Street, Central Falls, Rhode Island
are not prevailing Grounds for granting of Objection/Motion To Dismiss/Motion For Summary Judgment.

the facts alleged by the plaintiff in the Affidavit For Entry of Default Judgment and declaration in Opposition to Defendant Cornell Companies,Inc. are evidence that Plaintiff properly served the defendants pursuant to Rule 4, Fed.R.Civ.P.

Rule 4(h)(1) states: "(h) Unless otherwise provided by federal law, service upon a domestic or foreign corporation or upon a partnership or other unincorporated assocition that is subject to suit under common name, and from which a waiver of service has not been obtaine and filed, shall be effected:

(1) in a judicial district of the United States in the manner prescribed for individuals by subdivision (e)(1), or by delivering a copy of the summons and complaint to an officer, a managing or general agent, ot to any other agent authorized by appointment of law to receive service of process."

Moreover, defendant Cornell Companies,Inc. Company Policy (R.I.Super.R.Civ.P. 4(f)(2)( as made applicable to Federal action by Fed.r.Civ.P. 4(h)(1) and 4(e)(1) states: "Service of process upon foreign corporation can be effected by delivery,

or by mailing a copy of summons and complaint to an officer or agent of the corporation at the corporation business address."

In the instant case, Defendant Donald W. Wyatt Detention Center is owned by Defendant Cornell Companies,Inc. a/k/a Cornell Corrections and defendant Loius Lun is a Culinary Supervisor at "DWDC" therefore is employed, the same as Defendant Thomas Jenkins, Chief Operating Officer at Cornell Companies,Inc., the same as Defendants John Doe Warden and john Doe Correctional Officers at "DWDC", and all Defendants were properly served by U.S. Certified Mail with the Amended Complaint, Summons, Waiver of Service Forms and Notice of Lawsuit and Request For waiver of Service Forms in compliance with rule 4(e)(1) and 4(d), and 4(h)(1), Fed.R.Civ.P. by the Plaintiff, both times, on February 28, 2005 and July 23, 2005. See Exhibit A & B attached and Docs. 15, 16, 17.

**CONCLUSION**

For the foregoing reasons, the Defendant Cornell Companies, Inc.'s Objection/Motion To Dismiss/Motion For Summary Judgment should be denied.

Respectfully Submitted,

Dennis Rowe

Dennis Rowe, Pro Se
Reg. No. 13649-014

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was furnished via U.S. Mail to:

1. Dennis T. Grieco II
   Gidley, Sardi & Marusak,LLP
   One Tirks Head Place,
   Suite 900
   Providence, RI 02902

2. Louis Lun
   Donald W. Wyatt Detention Center
   950 High Street
   Central Falls, RI 02863

3. Thomas Jenkins
   Cornell Companies,Inc.
   1700 West Loop South
   Suite 1500
   Houston, Texas 77027

4. John Doe(s) Correctional Officers
   Donald W. Wyatt Detention Center
   950 High Street
   Central Falls, RI 02863

5. John Doe, Warden
   Donald W. Wyatt Detention Center
   950 High Street
   Central Falls, RI 02863

on this 15th Day of October, 2005

Respectfully Submitted,

Dennis Rowe

Dennis Rowe, Pro Se
Reg. No. 13649-014
Federal Correctional Complex-Medium
P.O. Box 1032
Coleman, Florida 33521

7004 2510 0001 3371 3601

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

Dennis Rowe #13649-014 (B-4)

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.36 |

Postmark Here: 2005 FEB 28 A 7:29

Sent To: John Doe, Warden, Donald W. Dent.
Street, Apt. No.; or PO Box No.: 950 High Street
City, State, ZIP+4: Central Falls, Rhode Island 02863

PS Form 3800, June 2002 — See Reverse for Instructions

7004 2510 0001 3371 6145

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

Dennis Rowe #13649-014 (B-4)

OFFICIAL USE

| | |
|---|---|
| Postage | $0. 85¢ |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ ~~3.27~~ 3.36 |

Postmark Here: 2005 FEB 28 A 7:33

Sent To: Alberto Gonzales U.S. Attorney
Street, Apt. No.; or PO Box No.: 10th & Constitution Ave
City, State, ZIP+4: Washington D.C. 20001

PS Form 3800, June 2002 — See Reverse for Instructions

7004 2510 0001 3371 3595

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

Dennis Rowe #13649-014

OFFICIAL USE

| | |
|---|---|
| Postage | $1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.36 |

Postmark Here

Sent To: Thomas Jenkins, Press., COO
Cornell Companies
Street, Apt. No.; or PO Box No.: 1700 West Loop South, Suite 1500
City, State, ZIP+4: Houston, TX 77027

PS Form 3800, June 2002 — See Reverse for Instructions

7004 2510 0001 3371 3618

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

Mr. Dennis Rowe #13649-014 (B-4)

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.36 |

Postmark Here: 2005 FEB 28 A 7:33

Sent To: Cornell Companies, Inc
Street, Apt. No.; or PO Box No.: 600 Travis (3400 Chase Tower)
City, State, ZIP+4: Houston, TX 77002

PS Form 3800, June 2002 — See Reverse for Instructions

7004 2510 0001 3371 3625

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

Dennis Rowe #13649-014 (B-4)

OFFICIAL USE

| | |
|---|---|
| Postage | $1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.36 |

Postmark Here: 2005 FEB 28 A 7:33

Sent To: Louis Lun, Donald W. Wyatt Dent.
Street, Apt. No.; or PO Box No.: 950 High Street
City, State, ZIP+4: Central Falls, Rhode Island 02863

PS Form 3800, June 2002 — See Reverse for Instructions

Exhibit A

7004 0750 0003 9252 6181

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE
Dennis Rowe, #13649-014, Unit B-4

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here
2005 JUL 22 A 7:35

Sent To Louis Lun, Donald W. Wyatt Det. Ctr.
Street, Apt. No.; or PO Box No. 950 High Street
City, State, ZIP+4 Central Falls, Rhode Island

PS Form 3800, June 2002 See Reverse for Instructions

---

7004 0750 0003 9252 6167

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE
Dennis Rowe, #13649-014, Unit B-4

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here
2005 JUL 23 A 7:32

Sent To Thomas Jenkin, Cornell Companies
Street, Apt. No.; or PO Box No. 1700 West Loop South, Ste. 1500
City, State, ZIP+4 Houston, Texas 77027

PS Form 3800, June 2002 See Reverse for Instructions

---

7004 0750 0003 9252 6174

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

OFFICIAL USE
Dennis Rowe, #13649-014, Unit B-E

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here
2005 JUL 23 A 7:33

Sent To John Doe(s) Corr. Offr. Donald W. Wyatt
Street, Apt. No.; or PO Box No. 950 High Street
City, State, ZIP+4 Central Falls, Rhode Island 02863

PS Form 3800, June 2002 See Reverse for Instructions

---

7004 0750 0003 9252 6204

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

OFFICIAL USE
Dennis Rowe, #13649-014, Unit B-E

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here
2005 JUL 23 A 7:33

Sent To Cornell Companies, Inc. C/O Corp. Cnsl
Street, Apt. No.; or PO Box No. 3400 Chase Tower, 600 Travis
City, State, ZIP+4 Houston, Texas 77002 USA

PS Form 3800, June 2002 See Reverse for Instructions

---

7004 0750 0003 9252 6198

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE
Dennis Rowe, #13649-014, Unit B-E

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here
2005 JUL 25 A 7:31

Sent To John Doe, Warden, Donald W. Wyatt Det.
Street, Apt. No.; or PO Box No. 950 High Street
City, State, ZIP+4 Central Falls, Rhode Island 02863

PS Form 3800, June 2002 See Reverse for Instructions

Exhibit B Pg. 1 of 3

**ENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

ouis Lun
onald W. Wyatt Detention Fcty.
50 High Street
entral Falls, Rhode Island
2863

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by ( *Printed Name*)

C. Date of Delivery 7/25/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

JUL 2 8 2005

3. Service Type
☒ Certified Mail ☐ Express Mail
☒ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

Article Number
*(Transfer from service label)* 7004 0750 0003 9252 6181

Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**IDER: COMPLETE THIS SECTION**

omplete items 1, 2, and 3. Also complete em 4 if Restricted Delivery is desired.
rint your name and address on the reverse so that we can return the card to you.
ttach this card to the back of the mailpiece, or on the front if space permits.

ticle Addressed to:

HN DOE, WARDEN OF DONALD
WYATT DETENTION FACILITY
0 HIGH STREET
NTRAL FALLS, RHODE ISLAND
2863

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by ( *Printed Name*)

C. Date of Delivery 7/25/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

JUL 2 8 2005

3. Service Type
☒ Certified Mail ☐ Express Mail
☒ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

icle Number
ansfer from service label) 7004 0750 0003 9252 6198

orm 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

Pg. 2 of 3

**ENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

homas Jenkins
ornell Companies
700 West Loop South
uite 1500
ouston, Texas 77027

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by ( *Printed Name*) [signature]

C. Date of Delivery 7/28/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☒ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

rticle Number
ransfer from service label) 7004 0750 003 9252 6167

orm 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Doe(s) Correctional
Officer of Donald W. Wyatt
Detention Center
950 High Street
Central Falls, Rhode Island
02863

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addres

B. Received by ( *Printed Name*)

C. Date of Deli 7/25/0

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

2005

3. Service Type
☒ Certified Mail ☐ Express Mail
☒ Registered ☒ Return Receipt for Merchand
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7004 0750 0003 9252 6174

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1!

UNITED STATES POSTAL SERVICE

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 0750 0003 9252 6204**
Status: **Delivered**

Your item was delivered at 12:07 pm on July 28, 2005 in HOUSTON, TX 77002.

Enter Label/Receipt Number.

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. Go

Pg. 3 of 3