UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENNIS ROWE,
Plaintiff,

vs. C.A. No. 04-246T

UNITED STATES MARSHALS SERVICE,ET AL.,
Defendants. /

DECLARATION IN OPPOSITION TO DEFENDANT CORNELL COMPANIES,INC.'S MOTION TO DISMISS/OBJECTION

DENNIS ROWE declares under penalty of perjury:

1. I, Dennis Rowe is the Plaintiff in the above entitled case. I make this declaration in opposition to Defendant Cornell Companies,Inc.'s Objection/Motion To Dismiss/Motion For Summary Judgment on Plaintiff's Request For Entry of Default Judgment.

2. The defendant Cornell Companies,Inc.'s Objection/Motion To Dismiss/motion For Summary Judgment Affidavits by Patrick Perrin, Chief Administrative Officer, Senior Vice President and Corporate Secretary Claim, in summary, that Plaintiff's service of Summons and Amended Complaint and Waiver of Service Form on Cornell's Corporate Counsel, Locke Liddell & Sapp, LLP, was and is not Cornell's registered agent and was not authorized to accept service of process on behalf of Cornell; that Defendant Thomas Jenkins was Cornell's Chief Operating Officer until March 31, 2005 but is no longer with the Company; that Defedant Cornell Companies,Inc. was not authorized to accpet service

of process on behalf of Defendant Thomas Jenkins; that the mailing sent to Defendant Thomas Jenkins at Cornell Companies, 1700 West Loop South, suite 1500, Houston, Texas and on February 28, 2005 contained only a letter requesting that service be waived, a civil action cover sheet, and Amended Comaplaint, and a waiver of service Form, but did not contain a Summons; that the Certified mail Receipt indicating service of process on named Defendant Louis Lun was mailed to Donald W. Wyatt Detention Center ("DWDC") at 950 High Street, Central Falls, Rhode island. Louis Lun is an unknown entity was not detained, employed or otherwise associated with DWDC; that the Certified Mail receipt indicated that Plaintiff mailed process to Two (2) unidentified Defendants Warden John Doe and John Doe(s) Correctional Officer at DWDC at 950 High Street, Central Falls, Rhode Island.

3. The Defendant Cornell Companies,Inc.'s Objetcion/Motion To Dismiss should be converted into a Motion For Summary Judgment as it contains Documentary Exhibits and Affidavit material outside of the Court Record and Defendant Cornell Companies,Inc. are not entitled to summary judgment because there are genuine issues of material fact to be solved. These issues are identified in the accompanying Statement of Disputed Factual Issues filed by Plaintiff pursuant to the appropriate Local Rules of the District Court. the facts are set out in this declaration.

4. The Plaintiff's Affidavit For Entry of Default Judgment

filed on August 30, 2005 demonstrates that Plaintiff properly served Defendant Cornell Companies,Inc., Thomas Jenkins, Louis Lun, John Doe Warden, and John Doe Correctional Officers of Donald W. Wyatt Detention Center on February 28, 2005 and July 23,2005 by Certified Mail in Compliance with Rule 4, Federal Rules of Civil Procedure. Plaintiff submits this Declaration in Support of Plaintiff's Brief In Opposition to Defendant Cornell Companies,Inc.'s Motion to Dismiss/Objection/ Motion For Summary Judgment.

5. Plaintiff is an inamte at Federal Correctional Complex-Medium, P.O. Box 1032, Coleman, Florida 33521. On February 28, 2005 and July 23, 2005 Plaintiff properly served Defendants Cornell Companies,Inc., Thomas Jenkins, Cornell Chief Operating Officer, Louis Lun, Culinary Supervisor at Donald W. Wyatt Detention center, and other Defendants including John Doe Warden and John Doe Correctional Officer at Donald W. Wyatt Detention Center with the Amended Complaint, Summons, Waiver of Service Form, and Notice of Lawsuit and Request for Waiver of Service Form by U.S. Certified Mail pursuant to Rule 4, Fed.R.Civ.P. and all Defendants failed to answer.

6. The Civil Docket Sheet reflects Docs. 15,16,17 showing Waiver of Service requests filed in the Court Records of this above style cause as to some Defendant, eventhough more Defendants were served by the Plaintiff.

7. Defendant Donald W. Wyatt Detention Center is owned by Defendant Cornell Companies,Inc. a/k/a Cornell Corrections

and Defendant Louis Lun is a culinary Supervisor at "DWDC" at the time alleged in the Complaint, therefore is employed, the same as Defendant Thomas, Chief operating Officer at Cornell Companies,Inc., the same as Defendants John Doe Warden and John Doe Correctional Officer at "DWDC" and all Defendant were properly served by U.S. Certified mail with the Amended Complaint, Summons, Waiver of Service and Notice of Lawsuit and Request For Waiver of Service Form in compliance with Rule $(e)(1) and 4(h)(1), Fed.R.Civ.P. by the Plaintiff, both times, on February 28, 2005 and July 23, 2005. See Exhibits A & B of Brief In Opposition To Defendant Cornell Companies,Inc.'s Objection/Motion To Dismiss/Motion For Summary Judgment.

8. Contrary to Defendant Cornell Companies,Inc.'s Affidavits, Plaintiff effected Process of Sevice on the named Defendants in a timely manner in compliance with Rule 4, Fed.R.Civ.P..

9. the foregoing factual allegation create a genuine issue of material fact ane will upon review of all pleading entitle Plaintiff to a Default Judgment, as explained in the Brief submitted with this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penaly of perjury that the foregoing is true and correct.

Date: October 15th, 2005.

Respectfully Submitted,

Dennis Rowe

Dennis Rowe, Pro Se
Reg. No. 13649-014

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was furnished via U.S. Mail to:

1. Dennis T. Grieco II
   Gidley, Sardi & Marusak,LLP
   One Tirks Head Place,
   Suite 900
   Providence, RI 02902

2. Louis Lun
   Donald W. Wyatt Detention Center
   950 High Street
   Central Falls, RI 02863

3. Thomas Jenkins
   Cornell Companies,Inc.
   1700 West Loop South
   Suite 1500
   Houston, Texas 77027

4. John Doe(s) Correctional Officers
   Donald W. Wyatt Detention Center
   950 High Street
   Central Falls, RI 02863

5. John Doe, Warden
   Donald W. Wyatt Detention Center
   950 High Street
   Central Falls, RI 02863

on this 15th Day of October, 2005

Respectfully Submitted,

Dennis Rowe

Dennis Rowe, Pro Se
Reg. No. 13649-014
Federal Correctional Complex-Medium
P.O. Box 1032
Coleman, Florida 33521