UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENNIS ROWE,
Plaintiff,

vs. C.A. No. 04-246T

UNITED STATES MARSHALS
SERVICE,ET.AL.,
Defendants. /

PLAINTIFF'S STATEMENT OF DISPUTED FACTUAL ISSUES

Defendant Cornell Companies,Inc. have moved for Summary Judgment/Motion To Dismiss/Objection on Plaintiff's Affidavit For Request For Entry of Default Judgment Claim concerning failure to answer Complaint after Plaintiff effected process of service of Summons and Amended Complaint in compliance with Rule 4, Fed.R.Civ.P. pursuant to the appropriate Local Rules of this Court, the Plaintiff submits the following list of genuine issues of material fact that require the denial of the Defendant Cornell Companies,Inc.'s Motion.

1. Whether Plaintiff served Defendant Cornell Companies,Inc., Thomas Jenkins, Louis Lun, John Doe Warden, John Doe Correctional Officer with Summons, Amended Complaint, Waiver of Service Form, Notice of Lawsuit and request For waiver of Service Form properly in compliance with Rule 4(e)(1) and 4(h)91) and Cornell Company

Policy (R.I.Super.R.Civ.P. 4(f)(2) (as made applicable to Federal actions by Fed.R.Civ.P. 4(h)(1) and 4(e)(1), both times, on February 28, 2005 and July 23, 2005.

2. Whether Defendant Thomas Jenkins, Chief operating Officer at Cornel Companies,Inc. is an authoriazed agent to accept service of process on behalf of defendant Cornell Companies,Inc..

3. Whether Defendant Cornell Companies,Inc. an authorized agent to accept service of process on behalf of its Employee Defendant Thomas Jenkins, Chief operating Officer at Cornell Companies,Inc..

4. Whether Defendant Cornell Companies,Inc. owned Defendant Donald W. Wyatt Detention Center.

5. Whether Defendant Louis Lun ever a Culinary Supervisor at Donald W. Wyatt Detention Center at the time in question as alleged in the Complaint.

Date: October 15th, 2005.

Respectfully Submitted,

Dennis Rowe

Dennis Rowe, Pro Se
Reg. no. 13649-014

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was furnished via U.S. Mail to:

1. Dennis T. Grieco II
   Gidley, Sardi & Marusak,LLP
   One Tirks Head Place,
   Suite 900
   Providence, RI 02902

2. Louis Lun
   Donald W. Wyatt Detention Center
   950 High Street
   Central Falls, RI 02863

3. Thomas Jenkins
   Cornell Companies,Inc.
   1700 West Loop South
   Suite 1500
   Houston, Texas 77027

4. John Doe(s) Correctional Officers
   Donald W. Wyatt Detention Center
   950 High Street
   Central Falls, RI 02863

5. John Doe, Warden
   Donald W. Wyatt Detention Center
   950 High Street
   Central Falls, RI 02863

on this 15th Day of October, 2005

Respectfully Submitted,

Dennis Rowe

Dennis Rowe, Pro Se
Reg. No. 13649-014
Federal Correctional Complex-
Medium
P.O. Box 1032
Coleman, Florida 33521