UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DENNIS ROWE

               v.                      CA No. 04-246-T

UNITED STATES MARSHALS
SERVICE, et al.

### ORDER GRANTING MOTION TO DISMISS

This action is hereby dismissed without prejudice for plaintiff's failure to properly serve the defendants as required by Fed.R.Civ.P. 4.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: November 7, 2005