UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DENNIS ROWE

v. CA No. 04-246-T

UNITED STATES MARSHALS
SERVICE, et al.

**ORDER GRANTING MOTION TO DISMISS**

This action is hereby dismissed without prejudice for plaintiff's failure to properly serve the defendants as required by Fed.R.Civ.P. 4.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: November 7, 2005