UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DENNIS ROWE,

Plaintiff,

vs. Case No. 04-246T

U.S. MARSHAL'S SERVICE,
CORNELL COMPANIES, INC.,
WARDEN JOHN DOE, THOMAS
JENKINS, AND LOUIS LIEN,

Defendants.

______________________________/

**MOTION FOR SERVICE BY U.S. MARSHAL**

COMES NOW the Plaintiff, DENNIS ROWE, pro se, and says:

1. Plaintiff was granted in forma pauperis status by the Court on

2. On June 22, 2004, Plaintiff filed a motion requesting service of process by the U.S. Marshal. The request was denied by the Magistrate. Th Plaintiff was "directed to attempt to serve the named defendants informally, by mailing a copy of the complaint and copies of the 'waiver of service' forms to each defendant." Order, July 30, 2004.

3. The Plaintiff has followed these directions twice. None of the defendants ever acted in good faith and waived service. The Magistrate has now deemed these "informal" attempts to serve in-sufficient as a matter of law and has recommended Plaintiff's

case be dismissed with prejudice. The basis of this recommended dismissal is that Plaintiff, following the Magistrate's direction, relied on service by mail rather than service by the U.S. Marshal.

4. Plaintiff requests that the Court order the U.S. Marshal to serve the defendant Cornell Companies, Inc., at the following address:

Cornell Companies, Inc. - 1700 West Loops South
Suite 1500
Houston, Texas 77027

**WHEREFORE**, Plaintiff asks this Court enter an Order directing the U.S. Marshal to make lawful service on defendant Cornell Companies, Inc., as provided by law.

Respectfully Submitted,

Dennis Rowe

Dennis Rowe, Pro Se
Reg. No. 13649-014
FCC Coleman Medium
P.O. Box 1032
Coleman, FL 33521-1032

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing motion was sent by regular mail to the attorney for defendants Cornell Companies, Inc., Dennis T. Grieco II, Gridley, Sarli & Marusak, L.L.P, One Turks Head Place, Ste. 900, Providence, RI 02903, on this 11th day of November, 2005.

Dennis Rowe

Dennis Row, Pro Se