**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DENNIS ROWE**

**V.** **C.A. No. 04-246 T**

**UNITED STATES MARSHALS**
**SERVICE**, et al.

**ORDER**

Plaintiff's motion for service of process by the U.S. Marshal is **DENIED**. The District Court has dismissed this matter.

**IT IS SO ORDERED.**

Jacob Hagopian
United States Magistrate Judge
Date: 12-8-05