UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 23 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DENNIS ROWE,
Plaintiff

VS. C. A. No. 04-246 T

UNITED STATES MARSHALS
SERVICE, et al,
Defendants

**ENTRY OF APPEARANCE**

Dennis T. Grieco II hereby enters his appearance as counsel for Defendant, Cornell Companies, Inc.

CORNELL COMPANIES, INC.
By its Attorneys,

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
Tel: (401) 274-6644
Fax: (401) 331-9304

**CERTIFICATE OF SERVICE**

Dennis Rowe, #13649-014
Federal Correctional Complex - Medium
P.O. Box 1032 Unit B4
Coleman, FL 33521

I hereby certify that on the 23rd day of March, 2006, a true and correct copy of the within was mailed via first-class mail, postage prepaid, to plaintiff, *pro se* at the above address.