UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENNIS ROWE,
Plaintiff

VS. C. A. No. 04-246 T

UNITED STATES MARSHALS
SERVICE, et al,
Defendants

**DEFENDANT CORNELL COMPANIES, INC.'S OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY**

Defendant, Cornell Companies, Inc. hereby objects to the Plaintiff's Motion for an Extension of Time to Respond to Discovery. Defendant seeks an extension to September 1, 2006. For the reasons set forth herein, he should not be permitted an extension beyond June 30, 2006.

Interrogatories and Requests for Production of Documents were propounded to the Plaintiff on March 23, 2006. Responses to that Discovery were accordingly due on April 24, 2006. The Plaintiff filed a Motion dated May 4, 2006, requesting an additional 120 days from that date within which to respond to discovery. He claims such a lengthy extension is necessary, because when he was transferred to the custody of the United States Immigration and Naturalization Service on May 5, 2006, his legal materials, including the discovery propounded to him, was packed up and mailed to his home. Further, in his Motion, he directs the Defendant and the Court to send all further notices and documents to his home address where his wife lives, presumably so she can forward them on to him. For this reason, the Defendant has resent its interrogatories and request for production of documents to the Plaintiff at that address, so that his wife can then

forward them on to him in his new place of custody. He therefore will have the Defendant 's discovery inquiries and can request from his wife any other materials which he may need to respond to discovery, which he recently packed up and sent on to her. Under these circumstances, the Plaintiff should be permitted no more than an additional 45 days to respond to discovery. He had the Defendant's discovery for more than 40 days before he was transferred to the custody of U.S. Immigration. He will now again have access to Defendant's Discovery and his materials. Accordingly, an additional 45 days to and including June 30, 2006 should provide ample time for the Plaintiff to respond to discovery and thereby, avoid a lengthy delay in the prosecution of this case.

WHEREFORE, the time within which Plaintiff may respond to Defendant's Interrogatories and Request for Production of Documents should be extended no further than June 30, 2006.

CORNELL COMPANIES, INC.
By its Attorneys,

Dennis T. Grieco II #5057
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (FAX)

**NOTICE OF CERTIFICATION**

TO: Dennis Rowe, Pro Se
22 Brown Street
Bloomfield, CT 06002

I hereby certify that on the 16th day of May, 2006, I mailed a true copy of the within to plaintiff, *pro se* at the above address.