UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DENNIS ROWE,

Plaintiff,

v. Case No. 04-246T

UNITED STATES MARSHALS' SERVICE, et al,

Defendants.

Referred to U.S.M.J. Hagopian
☐ for findings & recommendations
☒ for determination
☐
Ernest C. Torres, Chief Judge
Date: 5/11/06

**PLAINTIFF'S RESPONSE TO CORNELL COMPANIES REQUEST FOR PRODUCTION OF DOCUMENTS; AND MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO INTERROGATORIES ; AND NOTIFICATION OF TEMPORARY CHANGE IN ADDRESS**

COMES NOW the Plaintiff, Dennis Rowe, pro se, hereby files his response to Cornell Companies request for production of documents and additionally, a motion requesting an extension of time in order for him to respond to the interrogatories from Cornell Company, and in support thereof, respectfully states the following:

Plaintiff is scheduled to be released from prison on Friday, May 5, 2006. At that time, he will be turned over to immigration authorities for them to determine if he will be allowed to remain in this country, or deported back to Jamaica.

Several weeks ago, prison authorities packed up all of Plaintiff's property to be mailed home prior to his release. In this property was all of Plaintiff's legal papers, including all of the documents requested by Cornell Company in their request (motion).

At the present time, Plaintiff does not have any of his legal documents in his possession, and therefore, cannot produce them as requested.

Plaintiff anticipates that he will be in immigration custody for approximately 90 days, pending investigation as to whether or not he will be deported. Once released from custody,

**ORDER**

GRANTED in part. Plaintiff shall respond to Defendant's requst for the production of documents on or before June 30, 2006.

Senior U.S. Magistrate Judge Jacob Hagopian

Plaintiff will produce the requested documents to Cornell Company.

In addition, among the property packed by prison authorities, were the interrogatories sent to Plaintiff by Cornell Company. Plaintiff again states that once he is released from custody, he will immediately answer all of the interrogatories sent to him.

Plaintiff states that he is requesting an additional 120 days from this date, or up to and including September 5, 2006, to file his response to the interrogatories, and produce the requested documents. If Plaintiff is released sooner, then he will notify the Court and Defendant(s), and submit his answers and the requested documents.

Plaintiff has also been in contact with a private attorney who is considering representing Plaintiff in this matter. Should this attorney decide to take the case, then he will then handle the production of the documents, and assist Plaintiff in filing his answers to the interrogatories.

Plaintiff states that it is not for any delay purpose that he files this motion, but that due to no fault of his own, he is unable to comply with the Defendant's requests at this time.

Plaintiff states that to grant this continuance will not cause any harm to the Defendant(s), and that to do so would be in the interest of justice.

WHEREFORE, Plaintiff prays this Honorable Court grant his motion, and allow him up to and including September 5, 2006, to file his answers to the interrogatories, and to produce the documents requested, and for such other relief as justice deem just and proper in this premise.

Respectfully Submitted,

D Rowe

Dennis Rowe
22 Brown Street
Bloomfield, CT 06002

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided to the below named individual via first class U.S. Mail, postage prepaid, this 4th day of May, 2006:

Dennis T. Grieco II, Counsel for Defendant
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Ste. 900
Providence, RI 02903

By: D Rowe

Dennis Rowe, Pro Se
22 Brown Street 1
Bloomfield, CT 06002

D Rowe

1 Plaintiff's address in this motion is that of his wife, and by way of this motion, notifies the court and defendant of this temporary change in his address. All orders, responses, etc. should be sent to him at the above address until further notice.