UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENNIS ROWE

V.                                                                                    C.A. No. 04-246 T

UNITED STATES MARSHALS
SERVICE, et al.

### ORDER

On June 6, 2006, I issued an Order granting in part plaintiff's motion for an extension of time to respond the defendants' request for the production of documents. Plaintiff's motion, however, also sought an extension of time to respond to defendants' interrogatories. Accordingly, plaintiff's motion, insofar as it relates to his request for an extension of time to respond to interrogatories, is also **granted in part**.

**IT IS HEREBY ORDERED:** Plaintiff shall respond to the defendants' interrogatories and the defendants' request for production of documents on or before June 30, 2006.

IT IS SO ORDERED.

_____
Jacob Hagopian
Senior United States Magistrate Judge
June 8, 2006

1