UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DENNIS ROWE
          v.                    CA No. 04-246-T

UNITED STATES MARSHALS SERVICE,
et al.

## ORDER DENYING MOTION TO DISMISS

    Defendant Cornell Companies, Inc.'s motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(2), (4) and (5) is hereby denied.

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Torres _____
Ernest C. Torres
Chief Judge

Date: June 23, 2006