UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DENNIS ROWE

v. CA No. 04-246-T

UNITED STATES MARSHALS SERVICE,
et al.

**ORDER DENYING MOTION TO DISMISS**

Defendant Cornell Companies, Inc.'s motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(2), (4) and (5) is hereby denied.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: June 23, 2006