UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 07 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

*DENNIS ROWE,* :
*Plaintiff,* :
:
*Vs.* : *CIVIL ACTION.: 04-246 T*
:
*UNITED STATES MARSHALS* :
*SERVICE, et al.,* :
*Defendants.* /

**PLAINTIFF'S REQUEST SEEKING AN ORDER TO COMPEL KROME PROCESSING CENTER TO TURNOVER PLAINTIFF'S LEGAL MATERIALS IN THEIR CUSTODY**

***COMES NOW,*** *Dennis Rowe, hereinafter Plaintiff, seeking an Order from this Honorable Court compelling Krome Processing Center, Miami, Florida to release legal property within their property custody department belonging to this Plaintiff.*

*As grounds for this request Plaintiff states the following:*

*1). Plaintiff has been transferred to Krome Processing Center from Federal Prison on May 8, 2006;*

*2). On arrival into the custody of immigration officials at "Krome" all of Plaintiff's personal property was detained in immigration officials custody;*

**ORDER**

DENIED. This Court has no jurisdiction over the Krome Processing Center.

X [signature]
Jacob Hagopian
Senior U.S. Magistrate Judge
July 13, 2006

Referred to U.S.M.J. Hagopian 6/26/06
☐ for findings & recommendations
☑ for determination
☐ ____
Ernest C. Torres, Chief Judge
Date: 6/26/06

*3). Plaintiff have filed through "Krome's" administrative process a request for access to Plaintiff's property more than three(3) different occasions to be allowed access to Plaintiff's property and have been denied by silence on the requests;*

*4). The Defendants have requested answers to "Interrogatories" and "Request for Production of Documents" from Plaintiff, however, Plaintiff is unable to conform to Defendant's requests without the necessary documents in the custody of immigration officials at "Krome.*

**CONCLUSION**

*WHEREFORE, for the foregoing reasons set forth herein Plaintiff respectfully requests that this Honorable Court issue an 'Order' to Krome Processing Center compelling officials to turn over Plaintiff's legal documents relevant to the instant case, whereby, Plaintiff can fashion a respond to the Defendant's requests.*

*May this Honorable Court grant any and all other relief that is deemed appropriate.*

*THIS 29th Day Of May 2006.*

*Respectfully submitted,*

D [signature]

*PREPARED UNDER THE PENALTY OF PERJURY 28 U.S.C. 1746.*

**ALL OTHER RIGHTS RESERVED**

**CERTIFICATE OF SERVICE**

I DENNIS ROWE, Hereby Certify, that a true and correct copy of the foregoing motion to "Compel" has been prepaid and mailed to the following party(s) at their respective addresses shown below:

c/o: Dennis T. Grieco II # 5057
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

This 29th Day Of May 2006

Respectfully,
D Rowe
Dennis Rowe, # 13649-014
Krome Processing Center
18201 S.W. 12th Street
Miami, Florida 33194

**ALL OTHER RIGHTS RESERVED**