UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DENNIS ROWE

V.                                                C.A. NO. 04-246T

UNITED STATES MARSHALS SERVICE, ET AL

ORDER

This matter is before the Court on the Motion of the Defendant, Cornell Companies, Inc. to compel the Plaintiff to respond to a request for production of documents and interrogatories pursuant to Fed.R.Civ.P. 37. Plaintiff has not objected to the motion.

Upon consideration of the motion and of the Federal Rules of Civil Procedure 37, Defendant's motion is GRANTED. Plaintiff shall respond to the request for productions of documents and interrogatories with ten (10) days of the date of this Order.

ENTER:                                            PER ORDER:

_____                                 _____
                                                  Jacob Hagopian
                                                  Senior U.S. Magistrate Judge
                                                  Date: September 11, 2006