UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENNIS ROWE,
Plaintiff

VS. C. A. No. 04-246 T

UNITED STATES MARSHALS
SERVICE, et al,
Defendants

**DEFENDANT, CORNELL COMPANIES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH A COURT ORDER**

Defendant, Cornell Companies, Inc. ("Cornell") in the above-entitled action hereby moves this Honorable Court pursuant to Rule 37(b) for an Order dismissing Plaintiff, Dennis Rowe's Complaint for failure to comply with an Order of this Court.

Cornell propounded discovery to the Plaintiff in the form of interrogatories and requests for production of documents on or about March 23, 2006. This Court granted Plaintiff's motion for an extension of time up until and including June 30, 2006 to respond to Cornell's discovery requests by Orders entered June 6, 2006 and June 12, 2006. (Exhibit A). Cornell filed a motion to compel Plaintiff's discovery responses on or about August 9, 2006. Plaintiff did not object. By Order of September 11, 2006, this Court ordered Plaintiff to provide responses to Cornell's discovery requests within 10 days of the date of the Order. (Exhibit B). To this date, Plaintiff has neither objected nor responded to Defendant's discovery requests.

**WHEREFORE,** Defendant, Cornell Companies, Inc. respectfully requests this Court dismiss Plaintiff's Complaint for failure to comply with an Order of this Court.

Respectfully Submitted,
Defendant,
Cornell Companies, Inc.
By its Attorneys

/s/ Dennis T. Grieco II

Dennis T. Grieco II #5057
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (FAX)
dtg@gsm-law.com

**CERTIFICATE OF SERVICE**

TO: Dennis Rowe
17 Maple Leaf
Kingston #10,
Jamaica, W.I.

I hereby certify that on the 17th day of October, 2006, a true and correct copy of the within was mailed via first-class mail, postage prepaid, to plaintiff, *pro se* at the above address.

/s/ Dennis T. Grieco II

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DENNIS ROWE,

Plaintiff,

v. Case No. 04-246T

UNITED STATES MARSHALS' SERVICE, et al,

Defendants.

Referred to U.S.M.J. Hagopian
☐ for findings & recommendations
☒ for determination
☐ ____________
Ernest C. Torres, Chief Judge
Date: 5/11/06

## PLAINTIFF'S RESPONSE TO CORNELL COMPANIES REQUEST FOR PRODUCTION OF DOCUMENTS; AND MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO INTERROGATORIES ; AND NOTIFICATION OF TEMPORARY CHANGE IN ADDRESS

COMES NOW the Plaintiff, Dennis Rowe, pro se, hereby files his response to Cornell Companies request for production of documents and additionally, a motion requesting an extension of time in order for him to respond to the interrogatories from Cornell Company, and in support thereof, respectfully states the following:

Plaintiff is scheduled to be released from prison on Friday, May 5, 2006. At that time, he will be turned over to immigration authorities for them to determine if he will be allowed to remain in this country, or deported back to Jamaica.

Several weeks ago, prison authorities packed up all of Plaintiff's property to be mailed home prior to his release. In this property was all of Plaintiff's legal papers, including all of the documents requested by Cornell Company in their request (motion).

At the present time, Plaintiff does not have any of his legal documents in his possession, and therefore, cannot produce them as requested.

Plaintiff anticipates that he will be in immigration custody for approximately 90 days, pending investigation as to whether or not he will be deported. Once released from custody,

EXHIBIT
A

**ORDER**

GRANTED in part. Plaintiff shall respond to Defendant's requst for the production of documents on or before June 30, 2006.

Senior U.S. Magistrate Judge Jacob Hagopian

Case 1:04-cv-002…-T Document 48-1 Filed 06/06/…06 Page 2 of 3

Plaintiff will produce the requested documents to Cornell Company.

In addition, among the property packed by prison authorities, were the interrogatories sent to Plaintiff by Cornell Company. Plaintiff again states that once he is released from custody, he will immediately answer all of the interrogatories sent to him.

Plaintiff states that he is requesting an additional 120 days from this date, or up to and including September 5, 2006, to file his response to the interrogatories, and produce the requested documents. If Plaintiff is released sooner, then he will notify the Court and Defendant(s), and submit his answers and the requested documents.

Plaintiff has also been in contact with a private attorney who is considering representing Plaintiff in this matter. Should this attorney decide to take the case, then he will then handle the production of the documents, and assist Plaintiff in filing his answers to the interrogatories.

Plaintiff states that it is not for any delay purpose that he files this motion, but that due to no fault of his own, he is unable to comply with the Defendant's requests at this time.

Plaintiff states that to grant this continuance will not cause any harm to the Defendant(s), and that to do so would be in the interest of justice.

WHEREFORE, Plaintiff prays this Honorable Court grant his motion, and allow him up to and including September 5, 2006, to file his answers to the interrogatories, and to produce the documents requested, and for such other relief as justice deem just and proper in this premise.

Respectfully Submitted,

D Rowe

Dennis Rowe
22 Brown Street
Bloomfield, CT 06002

Case 1:04-cv-00246-T Document 48-1 Filed 06/06/2006 Page 3 of 3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided to the below named individual via first class U.S. Mail, postage prepaid, this 4th day of May, 2006:

Dennis T. Grieco II, Counsel for Defendant
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Ste. 900
Providence, RI 02903

By: D Rowe

Dennis Rowe, Pro Se
22 Brown Street 1
Bloomfield, CT 06002

D Rowe

1 Plaintiff's address in this motion is that of his wife, and by way of this motion, notifies the court and defendant of this temporary change in his address. All orders, responses, etc. should be sent to him at the above address until further notice.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DENNIS ROWE**

**V.** **C.A. No. 04-246 T**

**UNITED STATES MARSHALS SERVICE**, et al.

**ORDER**

On June 6, 2006, I issued an Order granting in part plaintiff's motion for an extension of time to respond the defendants' request for the production of documents. Plaintiff's motion, however, also sought an extension of time to respond to defendants' interrogatories. Accordingly, plaintiff's motion, insofar as it relates to his request for an extension of time to respond to interrogatories, is also **granted in part**.

**IT IS HEREBY ORDERED:** Plaintiff shall respond to the defendants' interrogatories and the defendants' request for production of documents on or before June 30, 2006.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
June 8, 2006

tlh

F

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DENNIS ROWE

V. C.A. NO. 04-246T

UNITED STATES MARSHALS SERVICE, ET AL

**ORDER**

This matter is before the Court on the Motion of the Defendant, Cornell Companies, Inc. to compel the Plaintiff to respond to a request for production of documents and interrogatories pursuant to Fed.R.Civ.P. 37. Plaintiff has not objected to the motion.

Upon consideration of the motion and of the Federal Rules of Civil Procedure 37, Defendant's motion is GRANTED. Plaintiff shall respond to the request for productions of documents and interrogatories with ten (10) days of the date of this Order.

ENTER:

PER ORDER:

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: September 11, 2006

EXHIBIT
B